UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **CONNER SLEVIN,** an individual, | Case No. 3:23-cv-01807-HZ |
| PLAINTIFF, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| **KS GLOBAL, LLC,** a limited liability company, | |
| DEFENDANT. | |

Pursuant to FRCP 41(a)(1)(A)(i), plaintiff hereby gives notice that this matter is voluntarily dismissed without prejudice and without costs to either party. Defendant has not filed an answer or filed a motion for summary judgment in this matter.

Dated: <u>May 31, 2024.</u>

Respectfully submitted,

By: <u>/s/ David S. Foster</u>
David S. Foster, of Attorneys for Plaintiff
OSB No: 033166
Telephone: 503-927-6440
Email: dsfoster69@gmail.com

NOTICE OF VOLUNTARY DISMISSAL   Page **1** of **1**